UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            **Plaintiff,**<br><br>v.<br><br>**KEVIN M. KENNEDY,**<br>**KENT W. PECOY, and**<br>**JASON PECOY,**<br><br>            **Defendants.** | Crim. No. 19-30058-MGM |

GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE THE DATE OF THE GOVERNMENT'S RESPONSE TO DEFENDANT KENT W. PECOY'S APPEAL

The United States of America, by Andrew E. Lelling, United States Attorney for the District of Massachusetts and Assistant United States Attorney Steven H. Breslow (the "Government"), with the assent of counsel for the defendant Kent W. Pecoy ("Pecoy"), Michael O. Jennings, Esq. and Andrew Levchuk, Esq. (collectively, "defense counsel") hereby moves the Court to continue the date until November 30, 2020 for the Government to file a response to Pecoy's appeal of United States Magistrate Judge Katherine A. Robertson's Orders on the Government's motions for *in camera* review and disclosure of attorney-client information (D.81-82).

As grounds, the Government states:

1.    On September 2, 2020, Magistrate Judge Robertson entered Orders granting most of the Government's motions for ex parte review and disclosure of attorney-client information. (D.81-82).

2.    On September 2, 2020, the Government filed a motion to disclose D.81 and D.82

to the attorneys and law firms that were the subject of the Government's motions. (D.83). The Court has not ruled on that motion yet.

3. On September 3, 2020, defense counsel filed an opposition to the Government's motion to disclose, and an application for a stay pending appeal of the Magistrate Judges disclosure orders. (D.84). The Court has not ruled on that motion yet.

4. On September 21, 2020, defense counsel filed an Appeal of Magistrate Judge's disclosure orders.

5. The Government has withdrawn its motion to disclose (D.83) and joins defense counsel's motion for a stay pending appeal (D.84) and requests, with the assent of defense counsel, a continuance of the date for the Government to respond to the appeal to November 30, 2020.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:    */s/ Steven H. Breslow*
    STEVEN H. BRESLOW
    (NY2915247)
    Assistant U.S. Attorney
    300 State Street, Suite 230
    Springfield, MA 01105
    413-785-0330
    steve.breslow@usdoj.gov

### Certificate of Service

I hereby certify that this document was filed by ECF to the registered participants as identified on the Notice of Electronic Filing.

By:    */s/ Steven H. Breslow*
    STEVEN H. BRESLOW
    Assistant U.S. Attorney

Dated: November 12, 2020